IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS WELCH,<br><br>      Plaintiff,<br><br>    v.<br><br>COUNTY OF CAMDEN, ET AL.,<br><br>      Defendants. | Civil Action<br>No. 17-0612(JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, District Judge**

1. On January 30, 2017, Plaintiff Thomas Welch submitted a civil Complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983.

2. This Court granted his *in forma pauperis* application (Docket Entry 2) and later permitted the Complaint to proceed in part as to certain claims alleged in the Complaint. (Docket Entries 5 and 6.)

3. Mail sent to Plaintiff at his listed address in Graterford, PA (Docket Entry 4) was returned as undeliverable on December 11, 2017. (Docket Entry 10.)

4. According to the Pennsylvania Department of Corrections, Plaintiff is now incarcerated at Fayette State Correctional Institution. Inmate Search, available at http://inmatelocator.cor.pa.gov/#/results (last visited Mar. 21, 2018).

5. Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008); *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009).

6. The Court will administratively terminate the proceedings without prejudice to Plaintiff's right to reinstate this action by submitting a notice of change of address within 30 days.

7. Plaintiff is notified that future failures to notify this Court as to his whereabouts may result in dismissal of the case.

8. An appropriate Order follows.

**March 26, 2018**         **s/ Jerome B. Simandle**
Date         JEROME B. SIMANDLE
       U.S. District Judge